Curtis T. YEAGER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76148.

Missouri Court of Appeals, Western District.

April 29, 2014.

Damien De Loyola, for appellant.

Mary H. Moore, Jefferson City, MO, for respondent.

Before Division Three: THOMAS H. NEWTON, Presiding Judge, MARK D. PFEIFFER, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Curtis Yeager appeals from the motion court's denial of his Rule 24.035 motion without an evidentiary hearing. Yeager's motion asserted that he received ineffective assistance of counsel and that he was coerced into pleading guilty because his plea counsel failed to properly investigate and prepare Yeager's defense. Yeager argues that the motion court erred in denying his motion without an evidentiary hearing. We affirm. Rule 84.16(b).